**KEISHA HENRY AND CEDRIC BRUMFIELD, III**

**VERSUS**

**RICHARD BELL, SR. AND DARREN LOMBARD IN HIS CAPACITY AS CLERK OF CRIMINAL COURT**

\*      **NO. 2023-CA-0543**

\*      **COURT OF APPEAL**

\*      **FOURTH CIRCUIT**

\*      **STATE OF LOUISIANA**

\*

\*

**\* \* \* \* \* \* \***

## LEDET, J., DISSENTS WITH REASONS

I would affirm the trial court's judgment denying the objection to candidacy and petition to disqualify candidate—Richard Bell, Sr.—for two reasons. First, in election cases, it is well settled that "[a]ny doubt as to the qualifications of a candidate to run for public office should be resolved in favor of permitting the candidate to run for public office." *Nocito v. Bussey*, 20-00986, p. 3 (La. 8/15/20), 300 So.3d 862, 863 (internal quotations and citations omitted).

Second, the record is unclear as to what documents presented by Mr. Bell—who appeared *pro se*—the trial court considered. For this reason, I cannot conclude the trial court was manifestly erroneous.

For these reasons, I respectfully dissent.